FILED

JAN 18 2023

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES OF AMERICA,

v.

Criminal No.    3:23-CR-8

LAURA ASHLEY BARNES,

Violations:

18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 932(b)(2)
18 U.S.C. § 932(c)

Defendant.

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(False Statement During the Purchase of a Firearm)

On or about May 20, 2022, in Mineral County, in the Northern District of West Virginia, defendant, **LAURA ASHLEY BARNES**, in connection with the acquisition of a firearm, SCCY Industries, CPX-2, 9mm caliber pistol bearing serial number C202166 and SCCY Industries, CPX-2, 9mm caliber pistol bearing serial number 945575, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code (referred to as a FFL), knowingly made a false and fictitious written statement to a FFL, which statement was intended and likely to deceive a FFL, as to a fact material to the lawfulness of such sale of the said firearm to defendant **LAURA ASHLEY BARNES** under chapter 44 of Title 18, in that the defendant represented that she was purchasing the firearms for herself when in fact she purchased the firearms for another person, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

(Straw Purchasing of Firearms)

On or about July 12, 2022, in Mineral County, within the Northern District of West Virginia, the defendant, **LAURA ASHLEY BARNES**, did knowingly purchase a firearm, to wit: Tisas model 1911AI Tanker, .45 caliber pistol bearing serial number T0620-22AP00917 and Glock 43X, 9mm pistol bearing serial number BWVD706, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of another person, knowing or having reasonable cause to believe that another person, intended to use, carry, possess or sell or otherwise dispose of the firearm in furtherance of a felony, Distribution of Controlled Substance, to wit: Marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); all in violation of Title 18, United States Code, Sections 932(b)(2) and 932(c).

## FORFEITURE ALLEGATIONS

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922, 924, and 932 including the following:

1. SCCY Industries, model CPX-2, 9mm Parabellum, serial number C202166
2. SCCY Industries, model CPX-2, 9mm Parabellum, serial number 945575
3. Glock GmbH, model 43X, 9mm Parabellum, serial number BWVD706 (Austria)
4. Tisas Trabzon Gun Industry Corp., model 1911AI Tanker, .45 caliber ACP, serial number T0620-22AP0009l7 (Turkey)

A True Bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Kimberley D. Crockett
Assistant United States Attorney